UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nifty Home Products, Inc.,   Civil No. 04-4708 (RHK/JSM)

    Plaintiff,   **ORDER**

v.

Big Lots!,

    Defendant.

---

Based on the Stipulation of the parties, it is hereby **ORDERED** that all claims in the above-captioned action shall be and hereby are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 15, 2005

                                                  s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge